IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK MCPHERRON : CIVIL ACTION

v. :

SUPT. KERESTES, et al. : NO. 15-5379

**ORDER**

AND NOW, this 23rd day of August, 2016, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**;

3. Petitioner's "Motion for Immesiate [sic] Emergency Disposition" (Doc. No. 6) and "Petition for Leave for Writ of Mandamus (Doc. No. 10) are **DENIED AS MOOT**; and

4. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

J. CURTIS JOYNER, J.